**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SPIRO KAMAR; et al., | No. 13-57157 |
| Plaintiffs - Appellees, | D.C. No. 2:07-cv-02252-SJO-AJW |
| v. | |
| RADIO SHACK CORPORATION, | MEMORANDUM[*] |
| Defendant, | |
| ANTONIO BOATNER, Jr., | |
| Objector - Appellant. | |

Appeal from the United States District Court
for the Central District of California
S. James Otero, District Judge, Presiding

Submitted November 18, 2015[**]

Before:    TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

Antonio Boatner, Jr., appeals pro se from the district court's order granting

final approval of a proposed settlement in a class action suit for labor violations.

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the district court's order granting final approval of the proposed settlement. *Staton v. Boeing Co.*, 327 F.3d 938, 953 (9th Cir. 2003). We affirm.

The district court did not abuse its discretion in granting final approval of the proposed settlement because the proposed settlement was fundamentally fair, adequate, and reasonable. *See id.* at 959 (setting forth factors to consider in evaluating proposed settlement).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (per curiam).

All pending motions are denied as unnecessary.

**AFFIRMED.**

13-57157